UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN PEDRO-NICOLAZ, <br><br> Petitioner, <br><br> v <br><br> ICE FIELD OFFICE DIRECTOR, <br><br> Respondent. | Case No.  20-cv-0719 MJP-MAT <br><br> ORDER <br><br> GRANTING GOVERNMENT'S MOTION TO DISMISS AS MOOT |

# ORDER

The Court, having reviewed the pleadings and materials in this case, it is hereby

**ORDERED** that:

Defendant's Motion to Dismiss as Moot is GRANTED.

Dated this 8th day of December, 2020.

Marsha J. Pechman
United States Senior District Judge

Presented by:

BRIAN T. MORAN
United States Attorney

MICHELLE R. LAMBERT, NYS# 4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office

 *s//Margaret A. O'Donnell*
MARGARET A. O'DONNELL
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1092
margaret.o'donnell@usdoj.gov